CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Suite 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORLANDO GARCIA**, | Case: 3:22-cv-01128-RS |
| Plaintiff, | **Plaintiff's Notice re: Inability to Consummate Settlement; Request to Return Case to Active Calendar** |
| v. | |
| **ELMASYOON INVESTMENTS, INC.,** a California Corporation; **5 STAR FOOD & LIQUOR INC.,** a California Corporation, | **Honorable Richard Seeborg** |
| Defendants. | |

On May 4, 2022, Plaintiff notified the court that the matter had settled with an expectation that the case would be dismissed within sixty (60) days. Dkt. 19. In response, the Court ordered that the dismissal be filed within the sixty-day window. Dkt. 20.

Despite a good faith belief that the matter had settled and vigorous attempts to consummate the agreement, the settlement has apparently fallen through. Counsel for defendants has failed to return the settlement documents or respond to Plaintiff's inquires regarding the same.

Therefore, Plaintiff respectfully asks that the court relieve him of the deadline to dismiss and return this matter to active status. The plaintiff further requests that the Court reestablish the General Order 56 deadlines, with a site inspection to be completed within forty-five (45) days of the Court's Order and all related dates set per GO56.

Dated: June 2, 2022             CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                Amanda Seabock
                                Attorney for Plaintiff