UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELMASYOON INVESTMENTS, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-01128-RS<br><br>**ORDER RE DEADLINES** |

This matter was recently reassigned from the docket of a magistrate judge. Plaintiff previously reported a settlement, but advises he has been unable to finalize it. Plaintiff moves (1) to be relieved from his deadline to file a dismissal, (2) to "return this matter to active status," and, (3) to "reestablish the General Order 56 deadlines." The provision of the May 6, 2022, order requiring plaintiff to file a dismissal within 60 days is vacated. The requests to "return this matter to active status," and to "reestablish the General Order 56 deadlines" are denied as moot, because the May 6, 2022, order did not vacate those deadlines nor somehow render the case "inactive."

Construing plaintiff's motion as a request to extend the current deadlines, it is granted. The site inspection shall be completed within forty-five (45) days of the date of this order and all related dates are to be calculated as provided in General Order 56.

1  **IT IS SO ORDERED**.

3  Dated: June 7, 2022

_____
RICHARD SEEBORG
Chief United States District Judge